BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501
(516) 877-2225
Ref. No.: 08-W-005-JK and 08-W-006-JK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TM ASIA INSURANCE SINGAPORE, LTD. a/s/o           08 Civ. 3729 (SAS)
Perfumes Distributor, Inc.
                                                  **Amended**
                           Plaintiff,             **Rule 7.1 Statement**

        -against-

PRIMARY FREIGHT SERVICES, INC.,

                           Defendant.
------------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR PLAINTIFF, TM ASIA INSURANCE SINGAPORE, LTD., A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY HELD.
NONE KNOWN.


DATE: April 29, 2008
                                        _____
                                        JAMES P. KRAUZLIS (4972)


FORM SDNY-9