AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

TM ASIA INSURANCE SINGAPORE, LTD.
a/s/o Perfumes Distributor, Inc.,
   Plaintiff,

-against-

PRIMARY FREIGHT SERVICES, INC.,
   Defendant.

**APPEARANCE**

Case Number: 08 Civ. 3729 (SAS)

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   Defendant PRIMARY FREIGHT SERVICES, INC.

I certify that I am admitted to practice in this court.

| 5/15/2008 | *[signature]* |
|---|---|
| Date | Signature |
|  | David Y. Loh     DL 0460 |
|  | Print Name     Bar Number |
|  | 45 Broadway Atrium, Suite 1600 |
|  | Address |
|  | New York    NY    10006-3792 |
|  | City   State   Zip Code |
|  | (212) 509-9400    (212) 509-9492 |
|  | Phone Number    Fax Number |