UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TM ASIA INSURANCE SINGAPORE, LTD.
a/s/o Perfumes Distributor, Inc.,

           08 Civ. 3729 (SAS)

        Plaintiff,

vs.

           **STIPULATION AND ORDER**

PRIMARY FREIGHT SERVICES, INC.,

        Defendant.
-----------------------------------------------------------X

*[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 6/17/08]*

*[Stamp: JUDGE SCHEINDLIN]*

    **IT IS HEREBY ORDERED** that the initial pretrial conference has been adjourned from June 18, 2008 to July 2, 2008 at 4:30 p.m. at the United States Courthouse, Courtroom 15C, 500 Pearl Street, New York, New York. *No further adjournments will be granted.*

SO ORDERED.

Dated: New York, New York
       June 16, 2008

                                        _____
                                        United States District Judge