Placeholder

Case 1:08-cv-03729-SAS    Document 7    Filed 06/30/2008    Page 1 of 1

Placeholder