UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                          Index No. 08-CV-3729

TM ASIA INSURANCE SIGAPORE, LTD A/S/O PERFUMES DISTRIBUTORS, INC.
                                                    , Plaintiff(s)
                          - against -

PRIMARY FREIGHT SERVICES, INC. AND THIRD PARTY ACTION
                                                    , Defendant(s)

State of New York       )
                        )  SS.:
County of Nassau        )

AFFIDAVIT OF SERVICE

Mark C. Eisenberg being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 07/15/2008 at  3:10 PM at:
        CARGO CONNECTION LOGISTICS
        600 BAYVIEW AVENUE

        INWOOD NY 11096
Deponent served the:

AMENDED THIRD PARTY SUMMONS IN A CIVIL ACTION AND AMENDED THIRD PARTY COMPLAINT

on CARGO CONNECTION LOGISTICS

a domestic and/or foreign corporation
by delivering thereat a true copy to John Udell
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Office Worker and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 50 HEIGHT: 5'10''  WEIGHT: 170    HAIR: BLONDE    RACE: WHITE    SEX: MALE
OTHER: Mustache, Beard and Glasses

SWORN TO BEFORE ME  7/16/08

Mark C. Eisenberg           Lic. #1232210
OUR DOC# 21580
Cozen O'Connor
45 Broadway
17th Floor
New York NY 10006
212-509-9400
223293

LAUREN E. EISENBERG
Notary Public, State of New York
01EI6093871
Qualified in Suffolk County
Commission Expires June 9, 20 11