UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 08 Civ. 3729 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

TM ASIA INSURANCE SINGAPORE, LTD.,
a/s/o Perfumes Distributors, Inc.,

    Plaintiffs,

vs.

PRIMARY FREIGHT SERVICES, INC., a
California corporation,

    Defendant.
_____/

PRIMARY FREIGHT SERVICES, INC., a
California corporation,

    Third Party Plaintiff,

vs.

NYK LINE, a Japanese corporation; NIPON YUSEN
KAISHA LINE, a Japanese corporation; *et al.*,

    Third Party Defendants.
_____/

**ADMISSION TO
PRACTICE *PRO HAC VICE***

    The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Samuel B. Reiner, II, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

    An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying

*TM ASIA INSURANCE V. PRIMARY FREIGHT V. NYK LINE; DOCKET NO. 08 CIV. 3729 (SAS)*

by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket.

A notation of your admission *pro hac vice* for the above-listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: 8/11/08

_____
UNITED STATES DISTRICT JUDGE

cc: Samuel B. Reiner, II, Esq.
    David Y. Loh, Esq.
    James P. Krauzlis, Esq.
    Court File

# REINER & REINER, P.A.
ATTORNEYS AT LAW
A PROFESSIONAL ASSOCIATION

Samuel B. "Clay" Reiner, II
David P. Reiner, II

www.reinerslaw.com
info@reinerslaw.com

August 5, 2008

**The Honorable Shira A. Scheindlin**
Judge, United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York   10007-1316

RE:   *TM Asia Insurance v. Primary Freight v. NYK Line*
      USDC, So. Dist. of New York; Docket No. 08 Civ. 3729 (SAS)

Dear Judge Scheindlin:

Pursuant to Paragraph "C" (Pro Hac Vice Admission) of Section III of the Court's "Individual Rules and Procedures," enclosed please find a proposed ADMISSION TO PRACTICE *PRO HAC VICE* for the Court's consideration in connection with the undersigned's representation of Third-Party Defendant, The Heat Express Inc. Opposing counsel does not object to this representation.

If the enclosed proposed Order meets with the Court's approval, please execute same, and ask the Clerk to docket the executed ADMISSION TO PRACTICE *PRO HAC VICE*.

If you have any questions, or need any additional information or documentation, please ask the Clerk to contact me by phone (305) 670-8282; fax (305) 670-8989; or e-mail *sbr@reinerslaw.com*.

Thank you.

Very truly yours,

SAMUEL B. REINER, II
Counsel for 3rd Party Defendant, The Heat Express Inc.

Enclosure

cc/enc.:   David Y. Loh, Esq.

W:\28500-SCHEINDLIN-JUDGE-LTR01.WPD

ONE DATRAN CENTER • 9100 SOUTH DADELAND BLVD., SUITE 901 • MIAMI, FLORIDA 33156-7815 • TEL. 305-670-8282  FAX: 305-670-8989