POLIN, PRISCO & VILLAFANE, ESQS.
One School Street - Suite 206
Glen Cove, New York 11542
Tel: 516 671-5300
Fax: 516 671-3809
Andrew D. Polin, Esq. (ADP7804)
*Attorneys for Third-Party Defendant*
*Top Container Line, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
TM ASIA INSURANCE SINGAPORE, LTD. a/s/o         Docket No. 08 Civ. 3729 (SAS)
Perfumes Distributers, Inc.,

                    Plaintiffs,                                    **RULE 7.1 STATEMENT**

     -against-

PRIMARY FREIGHT SERVICES, INC.,

                    Defendant.
----------------------------------------------------------------------X
PRIMARY FREIGHT SERVICES, INC.,

                    Third-Party Plaintiff,

     -against-

NYK LINE; NIPPON YUSEN KAISHA LINE; NYK LINE (NORTH AMERICA) INC.; HAPAG-LLOYD CONTAINER LINE GMBH; HAPAG-LLOYD (AMERICA) INC.; KASE CONTAINER LINE LTD.; KASE LINES (S) PTE LTD.; KASE LOGISTICS (S) PTE LTD.; TOP CONTAINER LINE, INC.; CRIMSON LOGISTIC SERVICES PTE LTD.; VEECO CREST CFS; CARGO CONNECTION LOGISTICS; RAMY TRANSPORT CORP.; HEAT EXPRESS and THE HEAT EXPRESS, INC.,

                    Third-Party Defendants.
----------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Top Container Line, Inc. states that Top Container Line, Inc. is a New York corporation which is wholly owned by H. Nishimura, individually.

Dated: Glen Cove, New York
      August 12, 2008                      POLIN, PRISCO & VILLAFANE, ESQS.

By: _____
ANDREW D. POLIN, ESQ. (ADP7804)
*Attorneys for Third-Party Defendant,*
  *TOP CONTAINER LINE, INC.*
One School Street - Suite 206
Glen Cove, New York 11542
(516) 671-5300

TO:     BADIAK & WILL, LLC
*Attorneys for Plaintiff*
106 Third Street
Mineola, New York 11501

COZEN O'CONNOR
*Attorneys for Third-Party Plaintiff*
45 Broadway Atrium, Suite 1600
New York, New York 10006
Tel: 212 509-9400
Fax: 212 509-9492
File No.: 223293