UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TM ASIA INSURANCE SINGAPORE, LTD.
A/S/O PERFUMES DISTRIBUTORS, INC.,

                    Plaintiffs,

        -v-

PRIMARY FREIGHT SERVICES, INC.,

                    Defendant.
-------------------------------------------------------------X
PRIMARY FREIGHT SERVICES, INC.,

                    Third Party Plaintiffs,

        -v-

NYK LINE; NIPPON YUSEN KAISHA LINE;
NYK LINE (NORTH AMERICA), INC.;
HAPAG-LLOYD CONTAINER LINIE GMBH;
HAPAG-LLOYD (AMERICA) INC.; KASE
CONTAINER LINE LTD.; KASE LINES (S) PTE
LTD.; KASE LOGISTICS (S) PTE LTD.; TOP
CONTAINER LINE. INC.; CRIMSON LOGISTIC
SERVICE PTE LTD.; VEECO CREST CFS;
CARGO CONNECTION LOGISTICS; RAMY
TRANSPORT CORP.; HEAT EXPRESS and THE
HEAT EXPRESS, INC.

                    Third Party Defendants.
-------------------------------------------------------------X

Docket No. 08-Civ.-3729(SAS)

**STIPULATION EXTENDING
TIME TO ANSWER**



**IT IS HEREBY STIPULATED AND AGREED,** that the time for third-party

defendant Veeco Holdings, LLC, d/b/a Veeco Crest CFS improperly pled as Veeco Crest

CFS, to answer or otherwise plead with respect to third-party plaintiff's Summons and

Complaint is hereby extended to and including August 29, 2008.


Dated:  August 14, 2008

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Attorneys for Third-Party Defendant
Veeco Holdings, LLC

By _~~Adam R. Schwartz~~_
   Adam R. Schwartz, Esq.
   88 Pine Street, 24th Floor
   New York, NY 10005

Cozen O'Connor
Attorneys for Third-Party Plaintiff
Primary Freight Services, Inc.

By _David Y. Loh_
   David Y. Loh, Esq.
   45 Broadway Atrium, Suite 1600
   New York, NY 10924


SO ORDERED

_____
   Judge Shira A. Scheindlin, U.S.D.J.   8/18/08