Scheindlin, J

403-08/MF
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
TM ASIA INSURANCE SINGAPORE, LTD. a/s/o
PERFUMES DISTRIBUTORS, INC.
          Plaintiffs,

    Against

PRIMARY FREIGHT SERVICES, INC.,

          Defendant.
----------------------------------------------------------------x

PRIMARY FREIGHT SERVICES, INC.,

          Third Party Plaintiffs,

    Against

NYK LINE, NIPPON YUSEN KAISHA LINE; NYK LINE
(NORTH AMERICA), INC., HAPAG-LLOYD CONTAINER
LINIE GMBH; HAPAG-LLOYD (AMERICA) INC., KASE
CONTAINER LINE LTD.; KASE LINES (S) PTE LTD.;
KASE LOGISTICS (S) PTE LTD.;TOP CONTAINER LINE,
INC.; CRIMSON LOGISTIC SERVICE PTE LTD.; VEECO
CREST CFS; CARGO CONNECTION LOGISTICS; RAMY
TRANSPORT CORP.; HEAT EXPRESS and THE HEAT
EXPRESS, INC.,

          Third Party Defendants.
----------------------------------------------------------------x

**STIPULATION**

08 Civ. 3729 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that the time in which HAPAG LLOYD, CONTAINER LINIE GMBH and HAPAG LLOYD (AMERICA) INC. may answer, appear or otherwise move with respect to the Third Party Complaint is hereby extended up to and including September 30, 2008.

NYDOCS1/311119.1

Dated: New York, New York
      August 21, 2008

BADIAK & WILL, LLP
Attorneys for Plaintiffs

By: _____
    James P. Krauzlis
106 Third Street
Mineola, New York 11501
Telephone: 212 376 6767

COZEN O'CONNOR
Attorneys for PRIMARY FREIGHT
SERVICES, INC.

By: _____
    David Y. Loh
45 Broadway Atrium, 16th Floor
New York, New York 10006
Telephone: 212 509 9400

FREEHILL HOGAN & MAHAR LLP
Attorneys for HAPAG LLOYD

By: _____
    Michael Fernandez
80 Pine Street
New York, New York 10005
Telephone: 212 425 1900

_____
U.S.D.J.

8/25/08