UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TM ASIA INSURANCE SINGAPORE, LTD. A/S/O PERFUMES DISTRIBUTORS, INC.,<br><br>    Plaintiffs,<br><br> -v-<br><br>PRIMARY FREIGHT SERVICES, INC.,<br><br>    Defendant.<br><br>PRIMARY FREIGHT SERVICES, INC.,<br><br>    Third Party Plaintiffs,<br><br> -v-<br><br>NYK LINE; NIPPON YUSEN KAISHA LINE; NYK LINE (NORTH AMERICA), INC.; HAPAG-LLOYD CONTAINER LINIE GMBH; HAPAG-LLOYD (AMERICA) INC.; KASE CONTAINER LINE LTD.; KASE LINES (S) PTE LTD.; KASE LOGISTICS (S) PTE LTD.; TOP CONTAINER LINE. INC.; CRIMSON LOGISTIC SERVICE PTE LTD.; VEECO CREST CFS; CARGO CONNECTION LOGISTICS; RAMY TRANSPORT CORP.; HEAT EXPRESS and THE HEAT EXPRESS, INC.,<br><br>    Third Party Defendants. | DOCKET NO. 08 Civ. 3729 (SAS)<br><br><br><br><br><br><br><br><br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Veeco, LLC states the following is a list of all corporate parents that own more than 10% of Veeco, LLC stock:

  None.

            McElroy, Deutsch, Mulvaney & Carpenter, LLP
            Attorneys for Third-Party Defendant Veeco Holdings, LLC

            By s/Adam R. Schwartz_____
             Adam R. Schwartz, Esq.
             88 Pine Street, 24th Floor
             New York, NY 10005

Date: August 29, 2008