POLIN, PRISCO & VILLAFANE, ESQS.
One School Street - Suite 206
Glen Cove, New York 11542
Tel: 516 671-5300
Fax: 516 671-3809
Andrew D. Polin, Esq. (ADP7804)
*Attorneys for Third-Party Defendant*
*Top Container Line, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TM ASIA INSURANCE SINGAPORE, LTD. a/s/o                Docket No. 08 Civ. 3729 (SAS)
Perfumes Distributers, Inc.,

                                        Plaintiffs,                ***ANSWER TO CROSS-CLAIM OF***
                                                  ***DEFENDANT VEECO CREST CFS***

       -against-

PRIMARY FREIGHT SERVICES, INC.,

                                       Defendant.
-------------------------------------------------------------------X

PRIMARY FREIGHT SERVICES, INC.,

                        Third-Party Plaintiff,

       -against-

NYK LINE; NIPPON YUSEN KAISHA LINE; NYK
LINE (NORTH AMERICA) INC.; HAPAG-LLOYD
CONTAINER LINE GMBH; HAPAG-LLOYD
(AMERICA) INC.; KASE CONTAINER LINE LTD.;
KASE LINES (S) PTE LTD.; KASE LOGISTICS (S)
PTE LTD.; TOP CONTAINER LINE, INC.; CRIMSON
LOGISTIC SERVICES PTE LTD.; VEECO CREST
CFS; CARGO CONNECTION LOGISTICS; RAMY
TRANSPORT CORP.; HEAT EXPRESS and THE
HEAT EXPRESS, INC.,

                      Third-Party Defendants.
-------------------------------------------------------------------X

         Third-Party Defendant, TOP CONTAINER LINE, INC. (hereinafter "third-party defendant

Top") by its attorneys, POLIN, PRISCO & VILLAFANE ESQS., as and for its Answer to the

Cross-Claim alleged against it by third-party defendant Veeco Holdings, LLC d/b/a Veeco Crest

CFS ("Veeco") shows to the Court and states:

1.    Third-party defendant Top admits the truth of the allegations set forth in the paragraphs of the cross-claim marked and numbered "23" and "24".

2.    Third-party defendant Top denies the truth of each and every allegation set forth in the paragraphs of the cross-claim marked and numbered "25" and "26" insofar as they pertain to it, and denies having knowledge or information sufficient to form a belief with regard to the truth of those allegations insofar as they pertain to other parties.

**WHEREFORE**, third-party defendant Top Container Line, Inc. demands judgment dismissing the cross-claim alleged against it by the third-party defendant Veeco Holdings LLC d/b/a Veeco Crest CFS sued as Veeco Crest CFS together with costs, disbursements, attorneys' fees and other expenses as provided by statute, by the Rules of Civil Procedure and otherwise provided.

Dated: Glen Cove, New York
      September 2, 2008                    POLIN, PRISCO & VILLAFANE, ESQS.


By:    _____
      ANDREW D. POLIN, ESQ. (ADP7804)
      *Attorneys for Third-Party Defendant,*
        *TOP CONTAINER LINE, INC.*
      One School Street - Suite 206
      Glen Cove, New York 11542
      (516) 671-5300

TO:    BADIAK & WILL, LLC
      *Attorneys for Plaintiff*
      106 Third Street
      Mineola, New York 11501

      COZEN O'CONNOR
      *Attorneys for Third-Party Plaintiff*
      45 Broadway Atrium, Suite 1600
      New York, New York 10006
      Tel: 212 509-9400

      McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
      *Attorneys for Third-Party Defendant, Veeco*
      88 Pine Street, 24th Floor
      New York, New York 10005
      Tel: 212 483-9490